IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | (Chapter 11) |
|     Debtor | § | |
| JOANNE SCHERMERHORN, JOHN K. | § | |
| WAYMIRE, ET AL, | § | |
|     PLAINTIFFS | § | |
| | § | |
| VS. | § | ADVERSARY NO. 10-03150 |
| | § | |
| CENTURYTEL, INC. (A/K/A CENTURYLINK), | § | |
| CLARENCE MARSHALL, ET AL, | § | |
|     DEFENDANTS | § | |
| | § | |
| SKYPORT GLOBAL | § | |
| COMMUNICATIONS, INC., ET. AL | § | ADVERSARY NO. 10-03225 |
|     PLANITIFFS | § | |
| VS. | § | |
| | § | |
| JOANNE SCHERMERHORN, ET. AL. | § | (CONSOLIDATED UNDER |
|     DEFENDANTS | § | ADVERSARY NO. 10-03150) |

**NOTICE OF APPEAL**

(Relates to orders assigned docket nos. 242, 243, 261, and 267 and further relates the notices of appeal assigned docket nos. 305 and 310 which appeals have been assigned to U.S. District Judge Sim Lake, Civil Action 4:11cv1524;)

Skyport Global Communications, Inc. n/k/a Trustcomm, Inc., Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, LLC, and Bankton Financial Corporation (collectively "Cross-Appellants") respectfully cross-appeal the below-described orders:

    1.    Order entered November 9, 2010, and assigned docket number 242: "Order Awarding Additional Sanctions Against Joanne Schermerhorn, et al;"

2. Order entered November 9, 2010, and assigned docket number 243: "Order Holding JoAnne Schermerhorn, et al In Contempt of the June 10, 2010 Preliminary Injunction;"

3. Order entered December 7, 2010, and assigned docket number 261: "Order Disposing of Docket Items 227 and 229;" and

4. Order entered December 16, 2010, and assigned docket number 267: "Second Order Holding Joanne Schermerhorn et al in Contempt of the June 10, 2010 Preliminary Injunction."

The names of all parties to the above-described orders together with the names, addresses, and telephone numbers of their respective attorneys are:

| Party | Attorney of record |
|---|---|
| Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners, Ltd., ECAL Partners, Ltd., Whiz Kid Ventures, Bella Kreiger, Martin Pollack, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Yecheskel Kahan, Rees A. John, Brian W. Harle, Michael Stein, Lawrence Solomon, Tracy Elstein, David Togut, Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Dui, Ben Ariano, 3790168 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-sarraj, Sequoia Agressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Ltd., Rig III Fund, Ltd., ARAN Asset Management SA, Semper-Gestion SA, and Eosphoros Asset Management, Inc. | Eric Fryar<br>The Fryar Law Firm<br>1001 Texas Ave, Ste 1400<br>Houston, TX 77002-3194<br><br>Samuel Goldman<br>Samuel Goldman & Assoc.<br>100 Park Ave 20th FL<br>New York, NY 10017<br><br>Harold B. Obstfeld<br>Harold B. Obstfeld, P.C.<br>100 Park Ave 20th FL<br>New York, NY 10017<br><br>W. Steve Smith<br>McFall, Breitbeil & Shults, P.C.<br>1331 Lamar Street, Suite 1250<br>Houston, Texas 77010 |
| Centurytel, Inc.<br>Clarence Marshall<br>Stewart Ewing, Jr.<br>Michael E Maslowski<br>Harvey P. Perry | Christopher L. Limpus<br>Hugh Massey Ray, III<br>Ivan Wang<br>Nicholas Zugaro<br>Robert Marc Manley |

| Party | Attorney of record |
|---|---|
| Clearsky Management Inc | McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, Texas 77002 |
| Wilson Vukelich, LLP | David R. Jones<br>Elizabeth Freeman<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 |
| Skyport Global Communications, Inc. nka Trustcomm, Inc., Robert Kubbernus, Balaton Group, Bankton Financial Corporation, Bankton Financial Corporation LLC | Edward L. Rothberg<br>Melissa A. Haselden<br>Annie E. Catmull<br>Hoover Slovacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, Texas 77057 |

Respectfully submitted,

HOOVER SLOVACEK LLP

/s/ *Annie E. Catmull*
By:_____
EDWARD L. ROTHBERG
State Bar No. 17313990
MELISSA A. HASELDEN
State Bar No. 00794778
ANNIE E. CATMULL
State Bar No. 00794932
5847 San Felipe, Ste. 2200
(713) 977-8686
Fax: (713) 977-5395

*Counsel for Skyport Global Communications, Inc nka Trustcomm, Inc., Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, LLC and Bankton Financial Corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the above notice of cross appeal were forwarded via email, through the Court's ECF notification system, to the email addresses noted below on April 27, 2011:

Eric Fryar

The Fryar Law Firm
1001 Texas Ave, Ste 1400
Houston, TX 77002-3194
eric@fryarlawfirm.com

Samuel Goldman
Samuel Goldman & Assoc.
100 Park Ave 20th FL
New York, NY 10017
sg@sgalaw.com

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave 20th FL
New York, NY 10017
hobsd@erols.com

W. Steve Smith
McFall, Breitbeil & Shults, P.C.
1331 Lamar Street, Suite 1250
Houston, Texas 77010
ssmith@mcfall-law.com

Hugh M. Ray, III
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, Texas 77002
hmray@mckoolsmith.com

David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
djones@porterhedges.com
efreeman@porterhedges.com

                                       */s/ Annie E. Catmull*
                             _____
                                 ANNIE E. CATMULL