# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In Re | | |
| SkyPort Global Communications, Inc | § | |
| | § | Civil Case:  4:11cv1524 |
| | § | |
| | § | |
| Joanne Schermerhorn et al, | § | |
| Appellants | § | |
| | § | |
| | § | |
| V. | § | |
| | § | |
| CenturyTel, Inc et al, | § | |
| Appellees | § | |

# **Bankruptcy Record on Appeal**

The attached documents have been designated by the appellant and /or appellee in connection to the notice of appeal filed in adversary case: 10-3150, on 4/14/11 and 4/27/11. In Accordance with  Fed. R. Bankr. P. 8006, all designated items have been provided. This is the official record on appeal in a bankruptcy matter to the U.S. District Court.

David J. Bradley, Clerk