In the United States District Court
For the Southern District of Texas
Houston Division

In re:

Schermerhorn et al § Civil Action 4:11cv1524
§
§
§
§ Adversary Case 10-3150
§

# Appeal Docketed

This appeal has been docketed. *See* Fed. R. Bankr. P. 8007(b).  Unless the district court orders otherwise, these deadlines apply:  *See* Fed. R. Bankr. P. 8009(a).

1. The appellant's brief must be filed within 14 days after entry of this notice.

2. The appellee's brief must be filed within 14 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief

4. If the appellee has filed a cross appeal, the appellee may file a reply brief within 14 days after service of the appellant's reply brief.

By the Court
David J. Bradley
District Clerk