In the United States District Court
For the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| In re: | § | |
| SkyPort Global Communication, Inc | § | Civil Action 11-1524 |
|    Debtor | § | |
| | § | |
| | § | Adversary Case 10-3150 |
| Joanne Schermerhorn, et al | § | |
|    Appellant(s). | § | |

## Assignment to a District Judge

1. This appeal has been assigned to United States District Judge Sim Lake.

2. The appeal has not been docketed. *See* Fed. R. Bankr. P. 8007.

3. Until it is docketed, certifications for a direct appeal may only be filed in the bankruptcy court. *See* Fed. R. Bankr. P. 8001(f).

4. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record. *See* Fed. R. Bankr. P. 8006. Cross-designations are due within 14 days after the appellant's designation.

5. Designations of the record must be filed with the bankruptcy court. Do not file copies of the designated items.

Date: 4/20/2011

_____
David Bradley
Clerk of Court