IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| SKYPORT GLOBAL § | | |
| COMMUNICATIONS, INC., § | | |
|     Debtor § | | |
| JOANNE SCHERMERHORN, ET AL., § | | |
|     Plaintiffs/Appellants § | | |
| § | CIVIL ACTION NO. _____ | |
| v. § | | |
| § | (Appeal in Bankruptcy Case No. | |
| CENTURYTEL, INC. (A/K/A § | 08-36737-H4-11 and Adversary No. | |
| CENTURYLINK), ET AL., § | 10-03150 and Adversary No. 10-03225) | |
|     Defendants/Appellees § | | |
| § | (CONSOLIDATED UNDER | |
| § | ADVERSARY NO. 10-03150) | |
| SKYPORT GLOBAL § | | |
| COMMUNICATIONS, INC., ET AL., § | | |
|     Plaintiffs/Appellees § | | |
| § | | |
| v. § | | |
| § | | |
| JOANNE SCHERMERHORN, ET AL., § | | |
|     Defendants/Appellants § | | |

**NOTICE OF APPEAL TO**
**THE UNITED STATES DISTRICT COURT**

Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners Ltd., ECAL Partners, Ltd., Whizkid Venture, LLC, Bella Krieger, Martin Pollack, George Metcalf, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Cheskel Kahan, John A. Rees, Brian W. Harle, Michael Stein, Lawrence Solomon, Tracy Elstein & David Togut, Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd, Puddy, Ltd, Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Bui, Ben Ariano, 3791068 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Rig III Fund, Ltd., Aran Asset Management SA, Semper Gestion SA and Eosphoros Asset Management, Inc., the plaintiffs in consolidated Adversary No. 10-03150, appeal to the United States District Court for the Southern District of Texas under 28 U.S.C.§ 158(a) from the following judgments, orders, or decrees of the bankruptcy judge:

## PART I

A. Order Regarding Reasonableness of Hoover Slovacek, LLP Fees (Doc. 132) and Continuance of Hearing on Motion for Additional Sanctions (Doc. 104); Order entered on August 12, 2010 (Dkt. 158)
B. Order Directing the Joanne Schermerhorn et al to Pay $17,800.29 to Hoover Slovacek LLP by October 31, 2010; Order entered on November 1, 2010 (Dkt. 233)
C. Order Awarding Additional Sanctions Against Joanne Schermerhorn et al ; Order entered November 9, 2010 (Dkt. 242)
D. Order Holding Joanne Schermerhorn et al in Contempt of the June 10, 2010 Preliminary Injunction; Order entered November 9, 2010 (Dkt. 243)
E. Order Disposing of Docket Items 227 and 229; Order entered December 7, 2010 (Dkt. 261)
F. Second Order Holding Joanne Schermerhorn et al in Contempt of the June 10, 2010 Preliminary Injunction; Order entered December 22, 2010 (Dkt. 267)
G. Memorandum Opinion [Order at H]; entered March 31, 2011 (Dkt. 299)
H. Order relating to: 1) Notice of Filing of Redacted Fee Statements of McKool Smith P.C.; 2) Plaintiffs' Certification/Amended Certification on Reasonableness of Fees Submitted by McKool Smith P.C.; and 3) Defendants' Motion for Additional Sanctions; Order entered March 31, 2010 (Dkt. 300)

## PART II

I. Order Denying in Part and Continuing in Part Defendant Wilson Vukelich's Motion to Dismiss; Order entered January 13, 2011 (Dkt. 273)
J. Order [on Motion to Dismiss Adversary Proceeding]; Order entered March 31, 2011 (Dkt. 297)
K. Order [Docket No. 293] entered March 31, 2011 (Dkt. 298)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Counsel** |
|---|---|
| Plaintiffs-Appellants<br>Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners Ltd., ECAL Partners, Ltd., Whizkid Venture, LLC, Bella Krieger, Martin Pollack, George Metcalf, Gloster Holdings, LLC, Melvyn Reiser, Barry Klein, Cheskel Kahan, John A. Rees, Brian W. Harle, Michael Stein, Lawrence Solomon, Tracy Elstein & David Togut, | W. STEVE SMITH<br>MCFALL, BREITBEIL & SMITH, P.C.<br>State Bar No. 18700000<br>1331 Lamar Street, Suite 1250<br>Houston, Texas 77010<br>Tel.         713-590-9300<br>Fax.         713-590-9399<br>Email: ssmith@mcfall-law.com |

2

| | |
|---|---|
| Jason Charles Togut Trust, BMT Grantor Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd, Puddy, Ltd, Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Bui, Ben Ariano, 3791068 Canada, Inc., Peter Taylor, John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshan Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Rig III Fund, Ltd., Aran Asset Management SA, Semper Gestion SA and Eosphoros Asset Management, Inc., | F. ERIC FRYAR<br>THE FRYAR LAW FIRM<br>State Bar No. 07495770<br>1001 Texas Ave., Suite 1400<br>Houston, Texas 77002<br>Tel.          (888) 481-9995<br>               (281) 715-6396<br>Main Fax:   (281) 715-6397<br>Direct Fax: (281) 605-1888<br>Email: efryar@fryarlawfirm.com<br><br>SAMUEL GOLDMAN<br>SAMUEL GOLDMAN & ASSOC.<br>100 Park Ave., 20th Floor<br>New York, NY 10017<br>Tel.            (212) 725-1400<br>Fax.            (212) 725-0805<br>Email: sg@sgalaw.com<br><br>HAROLD B. OBSTFELD<br>HAROLD B. OBSTFELD, P.C.<br>100 Park Ave., 20th Floor<br>New York, NY 10017<br>Tel.            (212) 696-1212<br>Fax.            (212) 867-7360<br>Email: hobsd@erols.com |

## PART I

| | |
|---|---|
| Defendants-Respondents<br>CenturyTel, Inc. (a/k/a CenturyLink), Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, Harvey P. Perry, | HUGH M. RAY, III<br>MCKOOL SMITH, P.C.<br>State Bar No. 24004246<br>600 Travis, Suite 7000<br>Houston, Texas 77002<br>Tel.          (713) 485-7300<br>Fax.          (713) 485-7344 |

Defendants-Respondents
Robert Kubbernus, Balaton Group, Inc.,     EDWARD L. ROTHBERG
Bankton Financial Corporation, Bankton Financial     HOOVER SLOVACEK LLP
Corporation, LLC, ClearSky Management, Inc.,     State Bar No. 17313990
and ClearSky Investments, LP,     5847 San Felipe, Ste. 2200
    Tel.         (713) 977-8686
    Fax.        (713) 977-5395

## PART II

Defendant-Respondent
Wilson Vukelich LLP     DAVID R. JONES
    PORTER & HEDGES, LLP
    State Bar No. 00786001/
    S.D.Tex. No. 16082
    1000 Main, 36th Floor
    Houston, Texas 77002
    (713) 226-6000
    (713) 226-6253 (Facsimile)

DATED this 14th day of April, 2011.

Respectfully submitted,

MCFALL, BREITBEIL & SMITH, P.C.

By: */s/ W. Steve Smith*
W. STEVE SMITH
State Bar No. 18700000
1331 Lamar Street, Suite 1250
Houston, Texas 77010
Tel.       713-590-9300
Fax.      713-590-9399
Email: ssmith@mcfall-law.com

THE FRYAR LAW FIRM

By: */s/ Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    Tel.    (888) 481-9995
    (281) 715-6396
    Main Fax:  (281) 715-6397
    Direct Fax: (281) 605-1888
    Email: efryar@fryarlawfirm.com

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Floor
    New York, NY 10017
    Tel.    (212) 725-1400
    Fax.    (212) 725-0805
    Email: sg@sgalaw.com

HAROLD B. OBSTFELD, P.C.

By: */s/ Harold B. Obstfeld*
    HAROLD B. OBSTFELD
    100 Park Ave., 20th Floor
    New York, NY 10017
    Tel.    (212) 696-1212
    Fax.    (212) 867-7360
    Email: hobsd@erols.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document is being served on the 14th day of April, 2011, on all of the following parties via regular first class mail, postage prepaid. Those ECF users registered in this case will receive electronic notice on April 14, 2011.

Office of U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

Hugh M. Ray, III
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, TX 77002

Robert M. Manley
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Edward L. Rothberg
Annie Catmull
Hoover Slovacek, L.P.
5847 San Felipe, Ste. 2200
Houston, TX 77057

David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th Fl.
Houston, TX 77002

*/s/ W. Steve Smith*
W. Steve Smith