IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: <br><br> SKYPORT GLOBAL COMMUNICATIONS, INC., <br> Debtor | § § § § § | |
| JOANNE SCHERMERHORN, ET AL., <br> Appellants/Plaintiffs <br><br> v. <br><br> CENTURYTEL, INC. (A/K/A CENTURYLINK), ET AL., <br> Appellees/Defendants | § § § § § § § § § | CIVIL ACTION NO. 4:11- CV-1524 <br> (Appeal in Bankruptcy Case No. <br> 08-36737-H4-7 and Adversary <br> Nos. 10-03150 and 10-03225– <br> Consolidated Under 10-03150) |
| SKYPORT GLOBAL COMMUNICATIONS, INC., ET AL., <br> Appellees/Cross-Appellants/Plaintiffs <br><br> v. <br><br> JOANNE SCHERMERHORN, ET AL., <br> Appellants/Cross-Appellees/Plaintiffs | § § § § § § § § § | |

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

CAME ON for consideration Appellants' Motion for Extension of Time to File Briefs filed by Joanne Schermerhorn, John K. Waymire, Chet Gutowsky, John Llewellyn, Joseph A. Lopez, Robert Foote, BLF Partners Ltd., ECAL Partners, Ltd., Whizkid Venture, LLC, Bella Krieger, Martin Pollack, George Metcalf, Floster Holdings, LLC, Melvyn Reiser, Barry Klein, Cheskel Kahan, John A. Rees, Brian W. Harle, Michael Stein, Lawrence Solomon, Tracy Estein & David Togut, Jason Charles Togut Truste, BMT Granto Trust, Lynn Joyce Elstein Trust, Charles Stack, Joseph Baker, Movada, Ltd., Puddy, Ltd., Draco Capital, Inc., Edward Pascal, Robert Mendel, Stanley Beraznik, Don Bui, Ben Ariano, 3791068 Canada, Inc., Peter Taylor,

John E. Panneton, Wayne C. Fox, David Currie, Byron Messier, Darshal Khurana, Mateo Novelli, Diya Al-Sarraj, Sequoia Aggressive Growth Fund, Ltd., Sequoia Diversified Growth Fund, Rig III Fund, Ltd. Aran Asset Management SA, Semper Gestion SA (the "Schermerhorn Parties"), and the Court, after considering same, finds that the Motion for Extension should be GRANTED. It is, therefore,

ORDERED that the Schermerhorn Parties shall file their main brief in the above-referenced Appeal (the "Schermerhorn Brief") on or before July 21, 2011;

ORDERED that Skyport Global Communications, Inc. n/k/a Trustcomm, Inc., Robert Kubbernus, Balaton Group, Inc., Bankton Financial Corporation, LLC and Bankton Financial Corporation (the "Kubbernus Parties") shall file their response brief to the Schermerhorn Brief and their main appellate brief in their Cross-Appeal (the "Kubbernus Brief") on or before August 25, 2011;

ORDERED that CenturyTel, Inc. (a/k/a Century Link), Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, Harvey P. Perry (the "CenturyTel Parties") shall file their response brief to the Schermerhorn Brief (the "CenturyTel Brief") on or before August 25, 2011;

ORDERED that Wilson Vukelich LLP (the "Wilson Vukelich Parties") shall file their response brief to the Schermerhorn Brief (the "Wilson Vukelich Brief") on or before August 25, 2011;

ORDERED that the Schermerhorn Parties shall file their reply brief/response brief to the Kubbernus Brief on or before September 15, 2011 (the "Schermerhorn Reply/Response Brief"); and it is

ORDERED that the Kubbernus Parties shall file their reply brief to the Schermerhorn Reply/Response Brief as to the Cross-Appeal on or before October 6, 2011.

SO ORDERED at Houston, Texas, on this 24th day of June, 2011.

SIM LAKE
UNITED STATES DISTRICT JUDGE