IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| **Skyport Global Communications, Inc.,** | § | |
| Plaintiffs/Appellees, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-11-1524 |
| | § | |
| | § | |
| **Joanne Schermerhorn,** | § | |
| Defendant/Appellants. | § | |

## ORDER

Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded.</u> If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

**SIGNED** at Houston, Texas, this <u>24th</u> day of June, 2011.

_____
**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**