# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Skyport Global Communications, Inc., | § | Civil Case: 4:11cv1524 |
| | § | |
| | § | |
| Joanne Schermerhorn, et al., | § | |
| Appellants. | § | |
| | § | |
| vs. | § | |
| | § | |
| CenturyTel, Inc., et al., | § | |
| Appellees. | § | |

### CENTURYTEL APPELLEES' CORPORATE OWNERSHIP STATEMENT

The CenturyTel Appellees,[1] by and through the undersigned counsel, hereby certify:

CenturyLink (f/k/a CenturyTel) is a publicly traded corporation (NYSE: CTL). CenturyLink does not have a parent corporation.  No entity owns more than 10% of the outstanding Common Shares or controls more than 10% of the total voting power in CenturyLink.

Dated: June 30, 2011.

        Respectfully submitted,

        **MCKOOL SMITH, P.C.**

        */s/ Hugh M. Ray, III*
        HUGH M. RAY, III
        State Bar No. 24004246
        ROBERT M. MANLEY
        State Bar No. 00787955
        600 Travis, Suite 7000
        Houston, Texas 77002
        Telephone: (713) 485-7300
        Facsimile: (713) 485-7344

---

[1] "CenturyTel Appellees" include the following Appellees: CenturyTel, Inc., Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, and Harvey P. Perry.  The individual CenturyTel Appellees do not make a corporate disclosure.

**ATTORNEYS FOR CENTURYTEL APPELLEES**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing was forwarded via U.S. first class mail, postage prepaid, and/or by electronic mail pursuant to Amended Local Bankruptcy Rule 5005, to the parties noted below on June 30, 2011:

Appellants' Counsel:
Eric Fryar
The Fryar Law Firm
1001 Texas Ave, Ste 1400
Houston, TX 77002-3194

Samuel Goldman
Samuel Goldman & Assoc.
100 Park Ave 20th FL
New York, NY 10017

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave 20th FL
New York, NY 10017

W. Steve Smith
Blanche D. Smith
McFall, Breitbeil & Smith, P.C.
1331 Lamar Suite 1250
Houston, TX 77010

Kubberness Appellee Counsel:
Edward L. Rothberg
Annie Catmull
Hoover Slovacek LLP
5847 San Felipe Ste 2200
Houston, TX 77057

Wilson Vukelich Appellee Counsel:
David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street 36th FL
Houston, TX 77002

U.S. Trustee:
Office of the U.S. Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002

           */s/ Hugh M. Ray, III*
           HUGH M. RAY, III