IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| SKYPORT GLOBAL § | |
| COMMUNICATIONS, INC. § | |
|     PLAINTIFFS/APPELLEES § | |
| § | |
| vs. § | CIVIL ACTION NO. H-11-1524 |
| § | |
| JOANNE SCHERMERHORN, § | |
|     DEFENDANT/APPELLANTS § | |

**TRUSTCOMM, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE UNITED STATES DISTRICT COURT:

    COME NOW, TrustComm, Inc. (fka Skyport Global Communications, Inc.) and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

    1. TrustComm, Inc. (fka Skyport Global Communications, Inc.), Houston, Texas;

    2. Bankton Financial Corporation LLC, Houston, Texas;

    3. Westchase Financial LLC, Houston, Texas;

    4. Birchmont Holdings LLC, Houston, Texas;

    5. Aegis TexasVenture Fund, LP, Houston, Texas;

    6. Douglas Whitworth;

    7. Bruce Dunlop; and

    8. Robert Kubbernus.

Respectfully submitted,

HOOVER SLOVACEK LLP

By: /s/ *Edward L. Rothberg*
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    MELISSA A. HASELDEN
    State Bar No. 00794778
    ANNIE E. CATMULL
    State Bar No. 00794932
    5847 San Felipe, Ste. 2200
    (713) 977-8686
    Fax: (713) 977-5395
*Counsel for TrustComm, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the following parties by First Class U.S. Mail, postage prepaid and by the Court's ECF notification system as listed below, on July 8, 2011.

**U.S. Mail**

Office of the U.S. Trustee
515 Rusk, Ste. 3516
Houston, Texas 77002

Hugh M. Ray, III
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, Texas 77002

David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

Robert M. Manley
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

851020/00009/00006876.DOCX 1

W. Steve Smith
Blanche D. Smith
McFall, Breitbeil & Smith, P.C.
1331 Lamar Street, Suite 1250
Houston, Texas 77010

F. Eric Fryar
The Fryar Law Firm
1001 Texas Ave., Suite 1400
Houston, Texas 77002

Samuel Goldman
Samuel Goldman & Associates
100 Park Ave., 20th Floor
New York, NY 10017

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave., 20th Floor
New York, NY 10017

**ECF Notification**

Blanche Duett Smith     bdsmith@mcfall-law.com

David R Jones     djones@porterhedges.com, lwinter@porterhedges.com

Edward L Rothberg     rothberg@hooverslovacek.com, mayle@hooverslovacek.com

Elizabeth Carol Freeman     efreeman@porterhedges.com

F Eric Fryar     efryar@fryarlawfirm.com

Hugh Massey Ray , III     hmray@mckoolsmith.com, bankruptcee@yahoo.com

Jessica Hanzlik     jhanzlik@tx.vwluke.com

Robert Marc Manley     rmanley@mckoolsmith.com, nfelix@mckoolsmith.com

Samuel Goldman     sg@sgalaw.com

W Steve Smith     ssmith@mcfall-law.com, hbarkhauer@mcfall-law.com

                */s/ Edward L. Rothberg*
                _____
                EDWARD L. ROTHBERG