IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | |
| COMMUNICATIONS, INC., | § | |
|     Debtor | § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
|     Appellants/Plaintiffs | § | |
| | § | CIVIL ACTION NO. 4:11- CV-1524 |
| v. | § | (Appeal in Bankruptcy Case No. |
| | § | 08-36737-H4-7 and Adversary |
| CENTURYTEL, INC. (A/K/A | § | Nos. 10-03150 and 10-03225– |
| CENTURYLINK), ET AL., | § | Consolidated Under 10-03150) |
|     Appellees/Defendants | § | |
| SKYPORT GLOBAL | § | |
| COMMUNICATIONS, INC., ET AL., | § | |
|     Appellees/Cross-Appellants/Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| JOANNE SCHERMERHORN, ET AL., | § | |
|     Appellants/Cross-Appellees/Plaintiffs | § | |

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE OWNERSHIP STATEMENT

Pursuant to this Court's June 24, 2011 Order, the undersigned counsel of record certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations and other entities have an interest in the outcome of this case.

Appellants/Cross-Appellees

    Jo Ann Schermerhorn (a/k/a Joanne Schermerhorn)
    John K. Waymire
    Chet Gutowsky
    John Llewellyn
    Joseph A. Lopez
    Robert Foote
    BLF Partners Ltd.
    ECAL Partners, Ltd.
    Whizkid Venture, LLC
    Bella Krieger
    Martin Pollack
    George Metcalf

Gloster Holdings, LLC
Melvyn Reiser
Barry Klein
Cheskel Kahan
John A. Rees
Brian W. Harle
Michael Stein
Lawrence Solomon
Tracy Elstein & David Togut
Jason Charles Togut Trust
 BMT Grantor Trust
 Lynn Joyce Elstein Trust
Charles Stack
Joseph Baker
Movada, Ltd
Puddy, Ltd
Draco Capital, Inc.
Edward Pascal
Robert Mendel
Stanley Beraznik
Don Bui (a/k/a/ Don Dui)
Ben Ariano
3791068 Canada, Inc.
Peter Taylor
John E. Panneton
Wayne C. Fox
David Currie
Byron Messier
Darshan Khurana
Mateo Novelli
Diya Al-Sarraj
Sequoia Aggressive Growth Fund, Ltd.
Sequoia Diversified Growth Fund
Rig III Fund, Ltd.
Aran Asset Management SA
Semper Gestion SA
Eosphoros Asset Management, Inc.,

*Represented by*:
    W. Steve Smith
    Blanche D. Smith
    MCFALL, BREITBEIL & SHULTS, P.C.

       F. Eric Fryar
       THE FRYAR LAW FIRM

       Samuel Goldman
       SAMUEL GOLDMAN & ASSOC.

       Harold B. Obstfeld
       HAROLD B. OBSTFELD, P.C.

Appellees

    CenturyLink Inc. (a/k/a CenturyTel, Inc.)
    Clarence Marshall
    R. Stewart Ewing, Jr.
    Michael E. Maslowski
    Harvey P. Perry,

    *Represented by:*

       Hugh M. Ray, III
       Robert M. Manley
       MCKOOL SMITH P.C.

Appellees/Cross-Appellants

    Robert Kubbernus
    Balaton Group, Inc.
    Bankton Financial Corporation
    Bankton Financial Corporation, LLC
    ClearSky Management, Inc.

    *Represented by:*

       Edward L. Rothberg
       Annie Catmull
       HOOVER SLOVACEK LLP

.

Appellees

    Wilson Vukelich LLP

    *Represented by:*

       David R. Jones
       Elizabeth Freeman
       PORTER & HEDGES, LLP

Additionally, Appellants/Cross-Appellees make the following corporate disclosures:

1) For non-governmental corporate parties please list all parent corporations.
   **NONE.**

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the parties stock.  **NONE.**

3) If there is a publicly held corporation which is not a party to the proceeding before this Court but which has a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests. **NONE.**

4) In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceedings. If the debtor or trustee is not participating in the appeal, this information must be provided by appellant.
   **SkyPort Global Communications, Inc., debtor in CASE NO. 08-36737-H4-11**
    *represented by*
     **Edward L. Rothberg**
     **Annie Catmull**
     **HOOVER SLOVACEK LLP**

The plan in this case was confirmed in August 2009 and the Bankruptcy Court assumed jurisdiction of this matter in May 2010 upon removal of the case from the Harris County State Court. It is believed that all proceedings in this case involving creditors ended on or about August 2009.  Therefore, the top 20 unsecured creditors do not have an interest in this Appeal.  However, for purposes of complete disclosure, attached is a list of the top 20 unsecured creditors.

        Respectfully submitted,

        MCFALL, BREITBEIL & SMITH, P.C.

        By: ___/S/ *Blanche D. Smith*_____
          W. STEVE SMITH
          State Bar No. 18700000
          BLANCHE D. SMITH
          State Bar No. 00783991
          1331 Lamar Street, Ste. 1250
          Houston, Texas  77010
          Telephone:  (713) 590-9300
          Facsimile:   (713) 590-9399

THE FRYAR LAW FIRM

By: */s/ F. Eric Fryar*
    F. ERIC FRYAR
    State Bar No. 07495770
    1001 Texas Ave., Suite 1400
    Houston, Texas 77002
    Tel.    (888) 481-9995
              (281) 715-6396
    Main Fax:  (281) 715-6397
    Direct Fax:  (281) 605-1888
    Email: efryar@fryarlawfirm.com

SAMUEL GOLDMAN & ASSOC.

By: */s/ Samuel Goldman*
    SAMUEL GOLDMAN
    100 Park Ave., 20th Fl.
    New York, NY 10017
    Tel.    (212) 725-1400
    Fax.    (212) 725-0805
    Email: sg@sgalaw.com

    Attorneys of Record for Appellants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document were served upon the following parties in interest/counsel for all interested parties in this matter via First Class U.S. Mail, postage prepaid and/or by electronic mail pursuant to Amended Local Bankruptcy Rule 5005, on the 9th day of July, 2011:

Office of U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

Edward L. Rothberg
Annie Catmull
Hoover Slovacek, L.P.
5847 San Felipe, Ste. 2200
Houston, TX 77057

Hugh M. Ray, III
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, TX 77002

David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street, 36th Fl.
Houston, TX 77002

Robert M. Manley
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

/s/ *Blanche D. Smith*
BLANCHE D. SMITH