IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Skyport Global Communications, Inc., | § | Civil Case: 4:11cv1524 |
| | § | |
| Joanne Schermerhorn, et al., | § | |
| Appellants. | § | |
| | § | |
| vs. | § | |
| | § | |
| CenturyTel, Inc., et al., | § | |
| Appellees. | § | |

## CENTURYTEL APPELLEES' CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's June 24, 2011 Order, the undersigned counsel of record certifies on behalf of the CenturyTel Appellees,[1] as follows:

The CenturyTel Appellees adopt by reference the *Certificate of Interested Parties* filed by the Kubbernus/SkyPort Appellants (Docket #10) and by the Schermerhorn Appellants (Docket #12). As described in the Corporate Disclosure Statement (Docket #9), CenturyTel n/k/a CenturyLink has shares that are publicly traded.

Dated: July 21, 2011.

Respectfully submitted,

**McKool Smith, P.C.**

  /s/ Hugh M. Ray, III
HUGH M. RAY, III
State Bar No. 24004246
ROBERT M. MANLEY
State Bar No. 00787955
600 Travis, Suite 7000
Houston, Texas 77002

---

[1] "CenturyTel Appellees" include the following Appellees: CenturyTel, Inc., Clarence Marshall, R. Stewart Ewing, Jr., Michael E. Maslowski, and Harvey P. Perry.

Telephone: (713) 485-7300
Facsimile: (713) 485-7344

**ATTORNEYS FOR CENTURYTEL APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was forwarded by electronic mail pursuant to DLR 5.1 or by U.S. first class mail to the parties noted below on July 21, 2011:

Appellants' Counsel:
Eric Fryar
The Fryar Law Firm
1001 Texas Ave, Ste 1400
Houston, TX 77002-3194

Samuel Goldman
Samuel Goldman & Assoc.
100 Park Ave 20th FL
New York, NY 10017

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
100 Park Ave 20th FL
New York, NY 10017

W. Steve Smith
Blanche D. Smith
McFall, Breitbeil & Smith, P.C.
1331 Lamar Suite 1250
Houston, TX 77010

Kubberness Appellee Counsel:
Edward L. Rothberg
Annie Catmull
Hoover Slovacek LLP
5847 San Felipe Ste 2200
Houston, TX 77057

Wilson Vukelich Appellee Counsel:
David R. Jones
Elizabeth Freeman
Porter & Hedges, LLP
1000 Main Street 36th FL
Houston, TX 77002

U.S. Trustee:
Office of the U.S. Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002

  */s/ Hugh M. Ray, III*
HUGH M. RAY, III